# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREA MARIA LEIBA,** : | |
| *Plaintiff* : | |
| : | |
| v. : | **CIVIL ACTION NO. 18-CV-4604** |
| : | |
| **BMW FINANCE**, *et al.*, : | |
| *Defendants* : | |

# O R D E R

AND NOW, this 29th day of October, 2018, upon consideration of *pro se* Plaintiff Andrea Maria Leiba's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Any claims pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice**. Any state law tort claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction. Leiba may not file an amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

                                                          **BY THE COURT:**

                                                          */s/ Nitza I. Quiñones Alejandro*
                                                          **NITZA I. QUIÑONES ALEJANDRO, J.**
                                                          *Judge, United States District Court*